UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                    Bankruptcy No. 09-31325
                                                                          Chapter 13
Patsy A. Broughton,

                      Debtor.
_____/

## ORDER AND NOTICE

On January 13, 2014, Debtor filed a Motion for Hardship Discharge pursuant to 11 U.S.C. § 1328(b). This notice provides all parties an opportunity to formally object to Debtor's motion.

Pursuant to Bankruptcy Rule 4007(d), **February 18, 2014** is set as the last date to file a complaint to determine the dischargeability of any debt under 11 U.S.C. § 523(a)(6). Complaints may be filed with the Clerk, U.S. Bankruptcy Court, Quentin N. Burdick U.S. Courthouse, 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102.

A hearing on the Motion by Debtor for Hardship Discharge will be held on <u>Tuesday, February 25, 2014 at 2:00 p.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

Dated this 14th day of January, 2014.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically January 14, 2014 to Attorney Sara Diaz for service.